The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BORACHO IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OUTBACK POWER TECHNOLOGIES, INC.,<br><br>Defendant. | NO. 2:19-cv-01558-BJR<br><br>**STIPULATED MOTION AND ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

## I. STIPULATION

Plaintiff Boracho IP Holdings, LLC and Defendant Outback Power Technologies, Inc., by and through their counsel of record and subject to the Court's approval, hereby stipulate and agree that the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint for Patent Infringement, currently set for November 5, 2019, may and should be extended by 30 days to December 5, 2019.

A proposed order is attached to this stipulation.

STIPULATED MOTION AND ORDER REGARDING
EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - 1
2:19-cv-01558-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: November 1, 2019

          **MANN LAW GROUP PLLC**

          By    */s/ Philip P. Mann [telephonic authorization]*
             Philip P. Mann, WSBA #28860
             107 Spring Street
             Seattle, WA 98104
             Telephone: 206.436.0900
             Email: phil@mannlawgroup.com

          **RABICOFF LAW LLC**
             Isaac Rabicoff, *pro hac vice*
             73 W. Monroe Street
             Chicago, IL 60603
             Telephone: 773.669.4590
             Email: isaac@rabilaw.com

*Attorneys for Plaintiff*


          **SAVITT BRUCE & WILLEY LLP**

          By    */s/ Stephen C. Willey*
             Stephen C. Willey, WSBA #24499
             1425 Fourth Avenue, Suite 800
             Seattle, WA 98101-2272
             Telephone: 206.749.0500
             Email: swilley@sbwllp.com

          **REED SMITH LLP**
             Peter J. Chassman, *pro hac vice*
             811 Main Street, Suite 1700
             Houston, TX 77002
             Telephone: 713.469.3885
             Email: pchassman@reedsmith.com

             Ismail Cem Kuru, *pro hac vice*
             10 S. Wacker Dr., Fl. 40
             Chicago, IL 60606
             Telephone: 312.207.2838
             Email: ikuru@reedsmith.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER REGARDING
EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - 2
2:19-cv-01558-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

The parties have stipulated to extend Defendant Outback Power Technologies, Inc.'s deadline (currently set for November 5, 2019) to serve its answer or otherwise respond to Plaintiffs' Complaint for Patent Infringement. The Court accepts the parties' stipulation.

IT IS HEREBY ORDERED that Defendant's deadline to serve its answer or otherwise respond to the Complaint for Patent Infringement is extended by 30 days to December 5, 2019.

DATED this 4th day of November, 2019.

_____
The Honorable Barbara J. Rothstein

STIPULATED MOTION AND ORDER REGARDING
EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - 3
2:19-cv-01558-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 1st day of November, 2019 at Seattle, Washington.

*Gabriella Sanders*
Gabriella Sanders

CERTIFICATE OF SERVICE
2:19-cv-01558-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500