The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BORACHO IP HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OUTBACK POWER TECHNOLOGIES, INC., <br><br> Defendant. | NO. 2:19-cv-01558-BJR <br><br> **STIPULATED MOTION AND ORDER REGARDING SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

## I. STIPULATION

Plaintiff Boracho IP Holdings, LLC and Defendant Outback Power Technologies, Inc., by and through their counsel of record, hereby stipulate and agree as follows:

1. The parties previously stipulated to an extension of time for Defendant to respond to Plaintiff's Complaint for Patent Infringement until December 5, 2019, and the Court entered an Order accordingly. ECF-19, ECF-20.

2. The parties are engaged in discussions regarding potential resolution of this case. In order to facilitate these discussions, the parties hereby stipulate and agree that—subject to the Court's approval—the deadline for Defendant to answer or otherwise respond to

STIPULATED MOTION AND ORDER REGARDING
SECOND EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT - 1
2:19-cv-01558-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Plaintiff's Complaint for Patent Infringement, currently set for December 5, 2019, should be extended to January 6, 2020.

A proposed order is attached to this stipulation.

STIPULATED MOTION AND ORDER REGARDING
SECOND EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT - 2
2:19-cv-01558-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: December 3, 2019

**MANN LAW GROUP PLLC**

By     */s/ Philip P. Mann [email authorization]*
   Philip P. Mann, WSBA #28860
   107 Spring Street
   Seattle, WA 98104
   Telephone: 206.436.0900
   Email: phil@mannlawgroup.com

*Attorneys for Plaintiff*

**SAVITT BRUCE & WILLEY LLP**

By     */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101-2272
   Telephone: 206.749.0500
   Email: swilley@sbwllp.com

**REED SMITH LLP**
   Peter J. Chassman, *pro hac vice*
   811 Main Street, Suite 1700
   Houston, TX 77002
   Telephone: 713.469.3885
   Email: pchassman@reedsmith.com

   Ismail Cem Kuru, *pro hac vice*
   10 S. Wacker Dr., Fl. 40
   Chicago, IL 60606
   Telephone: 312.207.2838
   Email: ikuru@reedsmith.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER REGARDING
SECOND EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT - 3
2:19-cv-01558-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

The parties have stipulated to extend Defendant Outback Power Technologies, Inc.'s deadline (currently set for December 5, 2019) to serve its answer or otherwise respond to Plaintiff's Complaint for Patent Infringement. The Court accepts the parties' stipulation.

IT IS HEREBY ORDERED that Defendant's deadline to serve its answer or otherwise respond to the Complaint for Patent Infringement is extended up to and including January 6, 2020.

DATED this 4th day of December, 2019.

_____
The Honorable Barbara J. Rothstein

STIPULATED MOTION AND ORDER REGARDING
SECOND EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT - 4
2:19-cv-01558-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500