The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BORACHO IP HOLDINGS LLC, | Cause No. 19-CV-1558-BJR |
|---|---|
| Plaintiff, | |
| v. | STIPULATED MOTION AND [~~PROPOSED~~] ORDER REGARDING TEMPORARY STAY OF CASE PENDING SETTLEMENT |
| OUTBACK POWER TECHNOLOGIES, INC., | |
| Defendant. | |



**STIPULATION**

Plaintiff Boracho IP Holdings, LLC and Defendant Outback Power Technologies, Inc., by and through their counsel of record, hereby stipulate and agree as follows:

1. The parties previously stipulated to an extension of time for Defendant to respond to Plaintiff's Complaint for Patent Infringement until December 5, 2019, and the Court entered an Order accordingly. ECF-19, ECF-20.

2. The parties are and have been engaged in discussions regarding potential resolution of this case. In order to facilitate these discussions, the parties stipulated and agreed that—subject to the Court's approval—the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement, should be extended to January 6, 2020, and the Court entered an order accordingly.[1] ECF-25, ECF-26.

---

[1] For the same reason, the parties stipulated to an extension of the dates set forth in the Court's Order Regarding Initial Disclosure, Joint Status Report and Early Settlement (ECF-17), and the Court entered an order accordingly. ECF-22, ECF-24.

STIPULATED MOTION AND ORDER
REGARDING TEMPORARY STAY OF CASE    1
PENDING SETTLEMENT
Cause No. C19-01558-MAT

MANN LAW GROUP PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.8500

3. The parties have now reached an agreement in principle over settlement, which settlement is contingent upon a corrected assignment for the Patent-in-Suit being effected by Plaintiff. In order to permit opportunity for this correction to be accomplished, and so as to avoid unnecessary litigation expenses, the parties are agreed—subject to the Court's approval—to a temporary stay of this case on the terms set forth in the proposed order that is attached to this stipulation.

4. The reason for this second request for a stay is because a former patent owner, Seiko Epson Corporation, is an overseas company and this process has taken longer than anticipated.

5. The parties therefore request a stay of 60 days on all outstanding deadlines, as provided in the proposed order attached hereto.

///

///

///

STIPULATED MOTION AND ORDER
REGARDING TEMPORARY STAY OF CASE    2
PENDING SETTLEMENT
Cause No. C19-01558-MAT

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.8500

DATED: March 5, 2020

**MANN LAW GROUP PLLC**

By */s/ Philip P. Mann*
   Philip P. Mann, WSBA #28860
   1420 Fifth Avenue, Sutie 2200
   Seattle, WA 98101
   Telephone: 206.436.0900
   Email: phil@mannlawgroup.com

*Attorneys for Plaintiff*

**SAVITT BRUCE & WILLEY LLP**

By */s/ Stephen C. Willey* *[email authorization]*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101-2272
   Telephone: 206.749.0500
   Email: swilley@sbwllp.com

**REED SMITH LLP**
   Peter J. Chassman, *pro hac vice*
   811 Main Street, Suite 1700
   Houston, TX 77002
   Telephone: 713.469.3885
   Email: pchassman@reedsmith.com

   Ismail Cem Kuru, *pro hac vice*
   10 S. Wacker Dr., Fl. 40
   Chicago, IL 60606
   Telephone: 312.207.2838
   Email: ikuru@reedsmith.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER
REGARDING TEMPORARY STAY OF CASE   3
PENDING SETTLEMENT
Cause No. C19-01558-MAT

MANN LAW GROUP PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.8500

# I. ORDER

As set forth in the parties' stipulation, this matter has been tentatively settled subject to an assignment error being corrected. In order to permit such correction, and in the interest of judicial efficiency, (a) this matter shall be stayed, and all current case deadlines vacated, up through and including April 30, 2020; and (b) the parties shall submit a status report to the Court not later than May 4, 2020.

It is so **ORDERED**.

DATED this 6th day of March, 2020.

_____
The Honorable Barbara J. Rothstein

STIPULATED MOTION AND ORDER
REGARDING TEMPORARY STAY OF CASE    4
PENDING SETTLEMENT
Cause No. C19-01558-MAT

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.8500